AUSA: Keith Savino

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABDOUL TRAORE,<br><br>Defendant. | **26 MAG 2417**<br><br>RULE 5(c)(3)<br>AFFIDAVIT |

SOUTHERN DISTRICT OF NEW YORK, ss.:

ALISON PIERCE, being duly sworn, deposes and says that she is a Special Agent with the U.S. Department of State, Diplomatic Security Service, and states as follows:

On or about June 10, 2026, the United States District Court for the Eastern District of Missouri issued an arrest warrant (the "Arrest Warrant") for "Abdoul Traore" based on an indictment (the "Indictment") charging "Abdoul Traore" with Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Section 1956(h). A copy of the Arrest Warrant is attached hereto as Exhibit A.

On or about June 18, 2026, I participated in the arrest of ABDOUL TRAORE, the defendant, in New York, New York. I believe that TRAORE is the "Abdoul Traore" who is named in the Arrest Warrant.

The bases for my knowledge and for the foregoing are, in part, as follows:

1.    I am a Special Agent with the U.S. Department of State. This affidavit is based upon my personal participation in this matter, as well as on my conversations with other law enforcement officers, my examination of documents, reports, and records, and my personal observations of the defendant. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2.    Based on my review of documents from the United States District Court for the Eastern District of Missouri, I know that, on or about June 10, 2026, the United States District Court for the Eastern District of Missouri issued the Arrest Warrant.

3.    On or about June 18, 2026, at approximately 1:30 p.m., I participated in the arrest of ABDOUL TRAORE, the defendant, at the New York County Criminal Courthouse, located at 100 Centre Street in New York, New York, pursuant to the Arrest Warrant.

4.    Based on my participation in the arrest, my conversations with other law enforcement officers, and my review of law enforcement records, I believe that ABDOUL

TRAORE, the defendant, is the "Abdoul Traore" named in the Arrest Warrant, for the reasons set forth below, among others:

a. I have reviewed law enforcement records regarding "Abdoul Traore," the person identified in the Arrest Warrant. That information includes information regarding his name, date of birth, height, weight, and Social Security Number. The information also includes a photograph of "Abdoul Traore."

b. On or about June 17, 2026, I received a call from the United States Marshal Service ("USMS") in St. Louis, Missouri, where the Arrest Warrant was issued, notifying me that ABDOUL TRAORE had been arrested by the New York City Police Department ("NYPD") on or about June 16, 2026, at approximately 11:30 p.m., in the confines of the 28th Precinct. The USMS informed me that ABDOUL TRAORE was involved in a vehicle traffic stop conducted by the NYPD. TRAORE provided officers with a New York State driver's license in his name. When the officers entered TRAORE's information in an NYPD system, his name, date of birth, and other personal identifying information matched that of the Arrest Warrant issued for "Abdoul Traore," which had been logged in a law enforcement database the NYPD can access to determine if apprehended individuals have active arrest warrants. After discovering the Arrest Warrant for "Abdoul Traore," TRAORE was taken into custody by the NYPD.

c. The address on TRAORE's New York State driver's license also matched the known address associated with "Abdoul Traore," which was discovered during the course of the investigation that resulted in the Eastern District of Missouri Indictment and Arrest Warrant.

d. Additionally, I participated in the investigation leading up to the Indictment and Arrest Warrant for "Abdoul Traore." During the investigation, I reviewed photographs, including a driver's license photo and passport photos, of "Abdoul Traroe." Based on my personal observations of ABDOUL TRAORE on June 18, 2026, I believe he is the same person in the various photographs I have observed and reviewed of "Abdoul Traroe."

5.      Accordingly, I believe that ABDOUL TRAORE, the defendant, is the "Abdoul Traore" named in the Arrest Warrant.

WHEREFORE, I respectfully request that ABDOUL TRAORE, the defendant, be imprisoned or bailed, as the case may be.


Alison Pierce
Special Agent
U.S. Department of State
Diplomatic Security Service

Sworn to before me this
_____ day of June, 2026


THE HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

3

# EXHIBIT A

AO 442 (Rev. 11/11) Arrest Warrant                                                         **SUPPRESSED**

## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **United States of America** )<br>**v.** )<br> )<br> )<br>**ABDOUL TRAORE** )<br> )<br>――――――――――――――――― )<br>*Defendant* ) | **No.**<br><br>**4:26CR275 ZMB RHH** |

## ARREST WARRANT

To:        Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*     ABDOUL TRAORE     , who is accused of an offense or violation based on the following document filed with the court:

■  Indictment   ❑ Superseding Indictment     ❑ Information  ❑ Superseding Information     ❑ Complaint
❑ Probation Violation Petition   ❑ Supervised Release Violation Petition   ❑ Violation Notice   ❑ Order of the Court

This offense is briefly described as follows:

**Count One - Conspiracy to Commit Money Laundering – In violation of Title 18, United States Code, § 1956(h).**

### DETENTION RECOMMENDED

Date:    6/10/26                                                 ―――――――――――――――――――
                                                                  *Issuing officer's signature*

City and state:   St. Louis, Missouri            NATHAN M. GRAVES, Clerk, U. S. District Court
                                                                  *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrest on *(date)* ____<br>at *(city and state)*  _____ |
| Date: _____              _____<br>                                                              *Issuing officer's signature*<br><br>                                                    _____<br>                                                              *Printed name and title* |

**AUSA:**   Matthew A. Martin